IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.: 11-po-00033-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RONALD E. HINSON,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:　January 24, 2012**

    Sentencing Hearing set for May 08, 2012 at 1:00 p.m. is **VACATED** and rescheduled to May 15, 2012 at 1:00 p.m.